IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HAROLD D. COMPTON,**

**Plaintiff,**

**v.**

**NATIONAL MAINTENANCE & REPAIR
OF KENTUCKY, INC. And MCGINNIS, INC.,**     No.07-cv-170-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Plaintiff and Defendants' joint stipulation of dismissal (Doc. 59). Specifically, the parties move to dismiss the matter with prejudice, each party to bear its own costs. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, each party to bear its own costs, Plaintiff's cause of action against Defendants. Clerk to issue judgment.

      **IT IS SO ORDERED.**

Signed this 12th day of January, 2009.

/s/ David R. Herndon
**Chief Judge
United States District Court**